# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Ingenuity13
Search Results: Displaying 2 of 7 entries



*Anything for Daddy.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001739839 / 2011-07-05
**Application Title:** Anything for Daddy.
**Title:** Anything for Daddy.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Ingenuity13 LLC. Address: Springates East, Government Road, Charlestown, Saint Kitts-Nevis.
**Date of Creation:** 2011
**Date of Publication:** 2011-07-05
**Nation of First Publication:** United States
**Authorship on Application:** Ingenuity13 LLC, employer for hire; Domicile: Saint Kitts-Nevis; Citizenship: Saint Kitts-Nevis. Authorship: entire motion picture.
**Names:** Ingenuity13 LLC



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address:                   Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page